# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MOTIVA PATENTS, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>FACEBOOK TECHNOLOGIES, LLC, F/K/A OCULUS VR, LLC<br><br>              Defendant. | Civil Action No. 6:18-cv-00178-JRG-KJG<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT FACEBOOK TECHNOLOGIES, LLC'S MOTION TO DISMISS AND/OR TRANSFER FOR IMPROPER VENUE, OR ALTERNATIVELY, <u>FOR TRANSFER UNDER 28 U.S.C. § 1404(A)</u>

Defendant Facebook Technologies, LLC ("Facebook Tech") respectfully requests leave to file Defendant Facebook Tech's Motion to Dismiss and/or Transfer for Improper Venue, or Alternatively, for Transfer Under 28 U.S.C. §1404(a) and supporting papers (the "Motion") under seal. Facebook Tech's Motion contains information designated by Defendant Facebook Tech as Outside-Attorneys' Eyes Only pursuant to P.R. 2-2 and Local Rule CV-5(a)(7). Plaintiff Motiva Patents, LLC is unopposed to Facebook Tech filing the Motion under seal.

Dated:  November 29, 2018

Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein (CA Bar 193043)
Philip H. Mao (CA Bar 300711)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com
pmao@cooley.com

Eamonn Gardner (CA Bar 310834)
COOLEY LLP
4410 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6000
egardner@cooley.com

*Attorneys for Defendant Facebook Technologies, LLC F/K/A Oculus VR, LLC*

Respectfully submitted,

By: */s/ Heidi L. Keefe*

Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

*Attorneys for Defendant Facebook Technologies, LLC F/K/A Oculus VR, LLC*

## **CERTIFICATE OF CONFERENCE**

      This is to certify that I, Eamonn Gardner, counsel for Defendant Facebook Technologies LLC, met and conferred by email with Matthew Antonelli, counsel for Plaintiff Motiva Patents LLC, on the 28th day of November, 2018 in compliance with LR cv-7(h).  Counsel for Plaintiff indicated that the Motion is unopposed.

                                         /s/ *Eamonn Gardner*
                                         Eamonn Gardner

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. First Class mail on this 29th day of November, 2018.

                                                */s/ Heidi L. Keefe*
                                                Heidi L. Keefe