# EXHIBIT 9

**Morrison, Azadeh**

| | |
|---|---|
| **From:** | Matt Antonelli <matt@ahtlawfirm.com> |
| **Sent:** | Monday, January 28, 2019 2:51 PM |
| **To:** | Gardner, Eamonn; Morrison, Azadeh; McIntosh, Jocelyn; z/FB-Motiva; Deron Dacus; Keefe, Heidi |
| **Cc:** | Larry Thompson; sdavis@stafforddavisfirm.com; Zac Harrington; Michael Ellis; cbartles@stafforddavisfirm.com |
| **Subject:** | Re: Motiva v. Facebook Technologies - Venue Discovery |

Eamon—

    As you know, we filed our opposition brief on Friday, and so obviously did not accept your proposal below.  We did not really have a chance to fully digest it since it was sent to us only the evening before our opposition was due.

    Having now had a chance to think about it, I want to respond.  It does not make sense to do a re-do 30(b)(6) deposition at this point.  Based on the current record, it is clear that Oculus's motion should be denied.  There is no good reason to delay that result.

Best regards,

Matthew Antonelli
Antonelli, Harrington & Thompson LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3005 (direct)
(646) 228-5996 (cell)
(713) 581-3020 (fax)
www.ahtlawfirm.com
matt@ahtlawfirm.com

**From:** "Gardner, Eamonn" <egardner@cooley.com>
**Date:** Thursday, January 24, 2019 at 8:29 PM
**To:** Matt Antonelli <matt@ahtlawfirm.com>, "Morrison, Azadeh" <amorrison@cooley.com>, "McIntosh, Jocelyn" <jmcintosh@cooley.com>, z/FB-Motiva <zFBMotiva@cooley.com>, Deron Dacus <ddacus@dacusfirm.com>, "Keefe, Heidi" <hkeefe@cooley.com>
**Cc:** Larry Thompson <larry@ahtlawfirm.com>, "sdavis@stafforddavisfirm.com" <sdavis@stafforddavisfirm.com>, Zac Harrington <zac@ahtlawfirm.com>, Michael Ellis

<michael@ahtlawfirm.com>, "cbartles@stafforddavisfirm.com" <cbartles@stafforddavisfirm.com>
**Subject:** Motiva v. Facebook Technologies - Venue Discovery

Counsel,

Following up on the deposition of Mr. Duffey, Facebook Tech has produced all agreements with Best Buy, Microsoft, Premium Retail Services, and Micro Center related to demonstrations of Oculus products in the Eastern District of Texas.  Additionally, ==Facebook Tech is willing to make available another witness to testify about the Rule 30(b)(6) topics, including the relationships discussed in these contracts, and to grant Plaintiff an extension of its opposition brief to accommodate this deposition.  Please let us know if this is agreeable so that we can prepare appropriate papers to file with the Court.==

Regards,

Eamonn

**Eamonn Gardner**
Cooley LLP • 4401 Eastgate Mall
San Diego, CA  92121-1909
Direct: (858) 550-6086 • Cell: (720) 207-7378 • Fax: (858) 550-6420
Bio: www.cooley.com/egardner • Practice: www.cooley.com/patent

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.